3

Mrs. Carli Jean Boike-Carpenter<br>
7541 Yale Road<br>
Avoca, MI 48006<br><br>
May 7, 2024

FILED
MAY 0 7 2024
CLERK'S OFFICE
DETROIT

Clerk of the Court
United States District Court
Theodore Levin US Courthouse
231 West Lafayette Boulevard
Detroit, MI 48226

    Subject: Carli Carpenter vs King, Kym Worthy, and others
    Case Information: 24-11176

Dear Court Clerk--

    I have filed a Writ of Habeas Corpus Seeking the Release of the Prisoner Derrick Lee Cardello-Smith, Prisoner Number 267009. The Wayne County Prosecutor has him locked up for something that he did not do and I the one who was paid and forced to testify against him in Court about...The one who paid me was the Lead Detective on the case, Patricia Penman... I have audio and video of the meetings where she paid me to do this and lie on Derrick Smith.. I can provide that information to this court at any hearing, because when we first all met in 2007, she had forced me to do this and then when she came and talked to me again in 2015, I told her no and she said that she will not need me anyway, so I thought I was in the clear, but she came back in 2018 and told me to go through with it and that she would re-write the report and I should just sign it and be done with it. or she would get me for filing a Bogus Police Report back in the day, and I did not want to deal with that, Andy Husband would be hurt by this after he stood by me, It is just not right to have Smith locked up when he did not do anything to me, so I will give this to the court if the court needs it...The Cops Penman and Cobb made me do this back in 2007....But they cannot make me do anything anymore.. I have the Video and Audio of the Office Penman telling me to do this, it took place at my home in Fairgrove, I have been staying with a friend in Yale on and off for my own sanity and safety, as that I know what I did was wrong when I said that Smith Raped me, he did not and it makes it bad for women that are real victims of rape and I understand that I have to answer to the law for this, but this officer paid me to say this and she should answer for that as well, not just

1.

me, right? I was not raped by Derrick Smith and what we did was wrong and it needs to be addressed in a true and real court of law your honor so that is why I have submitted a Writ of Habeas Corpus to get Mr. Smith out of Prison on this because he did not do anything wrong, in fact, The Prosecutor and Patricia Penman have done everything wrong by forcing me to say Derrick Committed a Crime upon me.....He did not and I will testify to it because it is the truth and he should not be held accountable for something he did not do, I did wrong and the Wayne County Prosecutor's Office has not worked with me to get this handled in the trial courts, so I filed this Writ of Habeas Corpus on his Behalf because Google and Bing said that I can do that and, here I am trying to undo a serious wrong that I caused by my testimony in that trial court.

You can reach me at my phone of 810-660-0564, or you can contact me by mail at 7541 Yale Road, Avoca, MI 48006, I look forward to any hearing you need to have me appear at.

Thank you very much.....Carli Jean Boike-Carpenter.

*Carli Carpenter*



**U.S. MARSHALS**

Office of the Clerk
United States District Court
Theodore Levin US Courthouse
231 West Lafayette Blvd
Detroit, MI 48226

NAME:
Number:
Address: Mrs. Carli Jean Boike Carpenter
Address: 7541 Yale Road
Avoca, MI 48006

Mailed on 4-7-24

*Spilled Coffee*

GRAND RAPIDS MI
3 MAY 2024 PM 6
US POSTAGE
$ 000.00°